628

the trial court has an obligation to the public as well as the person found guilty, and must give consideration to the nature of the offense, the attending circumstances, the need for protection of the public, the offender's potential for rehabilitation, and all other pertinent matters. (*People v. Jackson*, 3 Ill.App.3d 574.) The trial court is normally given wide latitude in sentencing, and this court's power to modify the trial court's sentences is exercised with caution. (*People v. Short*, 4 Ill.App.3d 832.) We believe the sentences given in this case were reasonable and proper and should not be modified.

The judgment of the Circuit Court of Kankakee County is therefore affirmed.

Judgment affirmed.

STOUDER, P. J., and ALLOY, J., concur.

MARIE BEATRICE HONEY, Plaintiff-Appellee, *v.* JOHN PERRY HONEY, Defendant-Appellant.

(No. 11634; ▮▮▮▮▮▮▮▮▮▮)

Fourth District—September 20, 1972.

Opinion by Mr. JUSTICE SIMKINS.

Larry P. Cramer, of Urbana, for appellant.

Wright, Young and Wright, of Danville, (William A. Young, of counsel,) for appellee.